UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DESMOND KIBBY (#468364)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 07-732-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 224(d).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, July 22, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA